

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-17-00311-CV

Stephanie **INGRAM**,
Appellant

v.

Alberto **BARRAGAN**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017CV02091
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's judgment ordering that Appellee recover possession of the property described in the petition is VACATED. The remainder of the trial court's judgment is AFFIRMED. No costs of appeal are taxed against Appellant because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 8, 2018.

_____
Rebeca C. Martinez, Justice